United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Ricardo Cancel Serrano  
    Debtor

Case No. 23-02298-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Nov 09, 2023      Form ID: ntcnfhrg      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ricardo Cancel Serrano, 239 East Boundary Avenue, Apartment 209, York, PA 17403-3227 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5577020 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2023 18:48:57 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5570978 | + | Email/Text: backoffice@affirm.com | Nov 09 2023 18:43:00 | Affirm, Inc., 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 5570979 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 09 2023 18:48:57 | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5572011 | | Email/Text: BKPT@cfna.com | Nov 09 2023 18:43:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 5570980 | | Email/Text: BKPT@cfna.com | Nov 09 2023 18:43:00 | Credit First, NA, PO Box 81344, Cleveland, OH 44188-0344 |
| 5570981 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 09 2023 18:48:42 | Credit One Bank, NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5570982 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 09 2023 18:43:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 5570983 | + | Email/Text: Documentfiling@lciinc.com | Nov 09 2023 18:43:00 | LendingClub Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 5570984 | + | Email/Text: camanagement@mtb.com | Nov 09 2023 18:43:00 | M&T Bank, Attn: Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2391 |
| 5570985 | | Email/Text: ml-ebn@missionlane.com | Nov 09 2023 18:43:00 | Mission Lane, LLC, PO Box 105286, Atlanta, GA 30348 |
| 5570986 | | Email/Text: bkrgeneric@penfed.org | Nov 09 2023 18:43:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313 |
| 5570987 | | Email/Text: cathy@scratchpay.com | Nov 09 2023 18:43:00 | Scratch Financial, 225 South Lake Avenue, Suite 250, Pasadena, CA 91101 |
| 5570988 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 09 2023 18:48:42 | Synchrony Bank / Care Credit, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5570989 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 09 2023 18:48:39 | Synchrony Bank / Gap, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5570990 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 09 2023 18:48:41 | Synchrony Bank / PayPal Extras, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5570991 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 09 2023 18:48:52 | Synchrony Bank / Sam's Club, Attn: Bankruptcy |

| | | | | |
|---|---|---|---|---|
| | | | | Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5570992 | + | Email/Text: bncmail@w-legal.com | Nov 09 2023 18:43:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5570993 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 09 2023 18:48:52 | Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Ricardo Cancel Serrano pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ricardo Cancel Serrano,
aka Ricardo Cancel,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−02298−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 6, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: December 13, 2023<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 9, 2023 |

ntcnfhrg (08/21)