**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ricardo Cancel Serrano<br>a/k/a Ricardo Cancel<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:23-BK-02298-HWV |

**NOTICE OF CHANGE OF ADDRESS**

Debtor(s) in the above-referenced matter request a change of mailing address for Debtor(s):

| FROM: | TO: |
|---|---|
| Ricardo Cancel Serrano<br>239 East Boundary Avenue<br>Apartment 209<br>York, PA 17403 | Ricardo Cancel Serrano<br>1224 West King Street<br>York, PA 17404 |

Date: February 20, 2024

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*