In re:            Case No. 23-02298-HWV

Ricardo Cancel Serrano        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Mar 11, 2024     Form ID: ntcnfhrg     Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ricardo Cancel Serrano, 1224 West King Street, York, PA 17404-3410 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5577020 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2024 19:02:16 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5570978 | + | Email/Text: backoffice@affirm.com | Mar 11 2024 18:55:00 | Affirm, Inc., 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 5570979 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2024 19:02:16 | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5572011 | | Email/Text: BKPT@cfna.com | Mar 11 2024 18:54:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 5570980 | | Email/Text: BKPT@cfna.com | Mar 11 2024 18:54:00 | Credit First, NA, PO Box 81344, Cleveland, OH 44188-0344 |
| 5570981 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2024 19:02:15 | Credit One Bank, NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5570982 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 11 2024 18:54:00 | Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 5583474 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 11 2024 18:55:00 | Jefferson Capital Systems, LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 5578551 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2024 19:02:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5583486 | ^ | MEBN | Mar 11 2024 18:53:01 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5570983 | + | Email/Text: Documentfiling@lciinc.com | Mar 11 2024 18:54:00 | LendingClub Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 5570984 | + | Email/Text: camanagement@mtb.com | Mar 11 2024 18:55:00 | M&T Bank, Attn: Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2391 |
| 5570985 | | Email/Text: ml-ebn@missionlane.com | Mar 11 2024 18:54:00 | Mission Lane, LLC, PO Box 105286, Atlanta, GA 30348 |
| 5570986 | | Email/Text: bkrgeneric@penfed.org | Mar 11 2024 18:54:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313 |
| 5584088 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2024 19:02:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5570987 | | Email/Text: cathy@scratchpay.com | Mar 11 2024 18:54:00 | Scratch Financial, 225 South Lake Avenue, Suite 250, Pasadena, CA 91101 |

| | | | | |
|---|---|---|---|---|
| 5570988 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2024 19:02:16 | Synchrony Bank / Care Credit, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5570989 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2024 19:02:20 | Synchrony Bank / Gap, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5570990 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2024 19:02:22 | Synchrony Bank / PayPal Extras, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5570991 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2024 19:02:22 | Synchrony Bank / Sam's Club, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5570992 | + | Email/Text: bncmail@w-legal.com | Mar 11 2024 18:55:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5583715 | + | Email/Text: bncmail@w-legal.com | Mar 11 2024 18:55:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 5578636 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 11 2024 19:02:10 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5570993 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 11 2024 19:02:15 | Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Ricardo Cancel Serrano pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ricardo Cancel Serrano,
aka Ricardo Cancel,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−02298−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is rescheduled for the date indicated below.

**March 20, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 3, 2024<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 11, 2024 |

ntcnfhrg (08/21)