# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Ricardo Cancel Serrano, aka Ricardo Cancel, | Chapter 13 |
| **Debtor 1** | Case No. 1:23−bk−02298−HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on February 12, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 3, 2024

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Ricardo Cancel Serrano<br>a/k/a Ricardo Cancel<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:23-BK-02298-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

**CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, April 4, 2024, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    Affirm, Inc.
0314-1                                    Sylvia H. Rambo US Courthouse            30 Isabella Street, Floor 4
Case 1:23-bk-02298-HWV                    1501 N. 6th Street                       Pittsburgh, PA 15212-5862
Middle District of Pennsylvania           Harrisburg, PA 17102-1104
Harrisburg
Mon Feb 12 16:22:17 EST 2024

Affirm, Inc.                              CBNA / The Home Depot                    CREDIT FIRST NA
Resurgent Capital Services                PO Box 6497                              PO BOX 818011
PO Box 10587                              Sioux Falls, SD 57117-6497               CLEVELAND, OH 44181-8011
Greenville, SC 29603-0587


Credit First, NA                          Credit One Bank, NA                      Fortiva
PO Box 81344                              PO Box 98875                             PO Box 105555
Cleveland, OH 44188-0344                  Las Vegas, NV 89193-8875                 Atlanta, GA 30348-5555


(p)JEFFERSON CAPITAL SYSTEMS LLC          LVNV Funding, LLC                        Lakeview Loan Servicing, LLC
PO BOX 7999                               Resurgent Capital Services               c/o M&T Bank
SAINT CLOUD MN 56302-7999                 PO Box 10587                             P.O. Box 840
                                          Greenville, SC 29603-0587                Buffalo, NY 14240-0840


LendingClub Corporation                   M&T Bank                                 (p)MISSION LANE LLC
71 Stevenson Street, Suite 300            Attn Legal Document Processing           PO BOX 105286
San Francisco, CA 94105-2985              626 Commerce Drive                       ATLANTA GA 30348-5286
                                          Amherst, NY 14228-2391


(p)PENTAGON FEDERAL CREDIT UNION          (p)PORTFOLIO RECOVERY ASSOCIATES LLC     (p)SCRATCH FINANCIAL  INC
ATTN BANKRUPTCY DEPARTMENT                PO BOX 41067                             ATTN CATHY MORSE COMPLIANCE
P O BOX 1432                              NORFOLK VA 23541-1067                    225 S LAKE AVE
ALEXANDRIA VA 22313-1432                                                           SUITE 250
                                                                                   PASADENA CA 91101-4895


Synchrony Bank / Care Credit              Synchrony Bank / Gap                     Synchrony Bank / PayPal Extras
Attn: Bankruptcy Department               Attn: Bankruptcy Department              Attn: Bankruptcy Department
PO Box 965060                             PO Box 965060                            PO Box 965060
Orlando, FL 32896-5060                    Orlando, FL 32896-5060                   Orlando, FL 32896-5060


Synchrony Bank / Sam's Club               TD Bank USA / Target Card                TD Bank USA, N.A.
Attn: Bankruptcy Department               PO Box 673                               C/O Weinstein & Riley, P.S.
PO Box 965060                             Minneapolis, MN 55440-0673               1415 WESTERN AVE, SUITE 700
Orlando, FL 32896-5060                                                             SEATTLE, WA 98101-2051


United States Trustee                     Wells Fargo Bank, N.A.                   Wells Fargo Card Services
US Courthouse                             PO Box 10438, MAC F8235-02F              PO Box 10438
1501 N. 6th St                            Des Moines, IA 50306-0438                MAC F8235-02F
Harrisburg, PA 17102-1104                                                          Des Moines, IA 50306-0438


(p)JACK N  ZAHAROPOULOS                   Paul Donald Murphy-Ahles                 Ricardo Cancel Serrano
ATTN CHAPTER 13 TRUSTEE                   Dethlefs Pykosh & Murphy                 239 East Boundary Avenue
8125 ADAMS DRIVE SUITE A                  2132 Market Street                       Apartment 209
HUMMELSTOWN PA 17036-8625                 Camp Hill, PA 17011-4706                 York, PA 17403-3227
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems, LLC  
Po Box 7999  
St. Cloud, MN 56302-9617  

Mission Lane, LLC  
PO Box 105286  
Atlanta, GA 30348  

Pentagon Federal Credit Union  
PO Box 1432  
Alexandria, VA 22313  

Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk VA 23541  

Scratch Financial  
225 South Lake Avenue, Suite 250  
Pasadena, CA 91101  

Jack N Zaharopoulos  
Standing Chapter 13  
(Trustee)  
8125 Adams Drive, Suite A  
Hummelstown, PA 17036  

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LAKEVIEW LOAN SERVICING, LLC

End of Label Matrix  
Mailable recipients    29  
Bypassed recipients     1  
Total                  30