Certificate Number: 12433-PAM-DE-040527395

Bankruptcy Case Number: 23-02298



12433-PAM-DE-040527395

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2026, at 5:43 o'clock AM EST, Ricardo Cancel Serrano completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 20, 2026

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher